# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139032

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TONY DOSSIE,
     Defendant-Appellant.

SC: 139032
COA: 290991
Wayne CC: 06-013968-01-FH;
07-007254-01-FH

_____/

     On order of the Court, the application for leave to appeal the April 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. This denial is without prejudice to the defendant filing a petition in the Wayne Circuit Court, consistent with the procedure outlined in *People v Jackson*, 483 Mich 271 (2009), for a review of the assessments of court-appointed attorney fees, as well as the defendant's financial circumstances and ability to pay the assessments. Such a petition may be filed once collection efforts begin on the amended judgments of sentence entered on May 28, 2009.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921